UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Israel Orta                                                  Case No.: 24-17587-LMI
                                                                      Chapter 7

                Debtor(s)                        /

## **MOTION TO REINSTATE CHAPTER 7 CASE**

COMES NOW the Debtor(s), Israel Orta, by and through undersigned counsel, and files this Motion to Reinstate Chapter 7 Case and Certificate of Funds and as grounds therefore states:

1. This case was filed on July 27, 2024 and dismissed on August 19, 2024, for failure to file pay advices by the due date.

2. The Section 341 Meeting of Creditors was scheduled for August 21, 2024.

3. Debtor did not provide pay advices in time and the undersigned was not able to upload the pay advices in time. The Debtor has now complied with the Trustee's deficiency.

4. Debtor has now provided undersigned counsel with the required pay advice and they are being filed contemporaneously with the instant motion.

5. Debtor wishes to continue with the Chapter 7 bankruptcy.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order Granting Debtor's Motion to Reinstate Chapter 7 Case.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:                    **Jose A. Blanco, P.A.**
August 21, 2024                            By: */s/ Jose A. Blanco* | FBN: 062449
                                           Attorney for Debtor(s)
                                           102 E 49th ST
                                           Hialeah, FL 33013,
                                           Tel. (305) 349-3463
                                           E-mail: jose@blancopa.com