

**ORDERED in the Southern District of Florida on September 10, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Israel Orta                                        Case No.: 24-17587-LMI
                                                             Chapter 7

_____Debtor(s)_____/

### ORDER REINSTATING CHAPTER 7 CASE

This matter came before the Court, ☒ after a hearing held on  September 9, 2024,  ☐ without a hearing, upon the debtor's/debtors' motion for reinstatement of the above captioned case [ECF No.  12   ], which case had been dismissed by prior order of the Court.

Upon consideration of the debtor's/debtors' motion and the presentation at the hearing, if applicable, the Court **ORDERS** as follows:

A.    The above captioned case is reinstated effective upon entry of this order.

B.    Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from such date until the entry of this order. The automatic stay under 11 U.S.C. §362 shall become effective as of the date of entry of this order.

C.    The Order Discharging Trustee, if entered, is vacated.

D. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

E. If the debtor(s) fail(s) to timely comply with any requirements of this order, the above captioned case will be dismissed without further notice or hearing.

F. Status of meeting of creditors under 11 U.S.C. §341 and related deadlines [select 1 or 2]:

☒ 1. Because this case was dismissed prior to the conclusion of the meeting of creditors under 11 U.S.C. §341, the previously scheduled meeting of creditors was canceled. In accordance with Local Rules 3002-1(B)(2), 4004-2(B)(1) and 4007-1(B)(1), the Clerk will provide notice to all parties of record of the date of the rescheduled meeting of creditors and applicable deadlines for the filing of proof of claim, objections to discharge and objections to the dischargeability of particular debts.

☐ 2. This case was dismissed after the meeting of creditors under 11 U.S.C. §341. Any applicable deadlines in accordance with Local Rules 3002-1(B)(2), 4004-2(A)(2)(a), 4004-2(B)(1) and 4007-1(B)(1) will be reset by separate order.

###

Submitted by:
Jose A Blanco, Esq.
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013
(305) 349-3463
Fax : (786) 567-5057
Email: eservice@blancopa.com

Copies to:
All parties of record by Clerk